# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

August 1, 2025

**Via ECF**
Hon. Sanket J. Bulsara, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 10278

    Re:    Notice of Settlement in Principle and Request on Consent to Adjourn Trial *Sine Die*
             *Sun v. New G Nails & Spa Inc et al*, No. 22-cv-05523 (SJB) (ST), (E.D.N.Y.)

Your Honor,

    We represent the Plaintiff in the above-referenced matter. We write respectfully, and with the consent of Defendants, to (1) report to the Court that the parties have settled this matter in principle, and (2) request that accordingly, the Court adjourn the trial scheduled to be held next week, August 5, 2025, *sine die* to permit the parties to draft and execute final settlement agreement and to submit same for fairness review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties request 30 days, through September 1, 2025, to submit a joint motion for approval.

    Notwithstanding the parties' desire to draft and execute a final settlement agreement, the parties intend to be bound by at least the following non-exhaustive material terms: in exchange for a release by Plaintiff of Defendants from all claims which were or could have been brought in the Complaint, arising under the Fair Labor Standards Act or Articles 6 and 19 of the New York Labor Law, Defendants shall pay Plaintiff a sum total of $114,000.00, payable in 12 equal monthly installments of $9,500.00.

    We thank the Court for its attention to and consideration of this matter.

                                       Respectfully submitted,
                                       TROY LAW, PLLC

                                       */s/ Aaron B. Schweitzer*
                                       Aaron B. Schweitzer
                                       *Attorney for Plaintiff*

cc:  via ECF
     all counsel of record
     /asb